IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

NEDOLANDEZ SANTOS, :

    Plaintiff, :

vs. : CIVIL ACTION 10-0505-WS-C

JEFFERSON DAVIS TECH. COLLEGE, :
et al.,

    Defendants. :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 6th day of December, 2010.

                                  s/WILLIAM H. STEELE
                                  CHIEF UNITED STATES DISTRICT JUDGE